**Teri DOYLE and Isaac Harbarger, Administrators of the Estate of Nathan Harbarger, deceased, and Teri Doyle and Isaac Harbarger, in their own right, Respondents,**

v.

**James TESAURO, Jr., and Evelyn Tesauro, his wife, T/D/B/A Shady Grove Park, Petitioners.**

Supreme Court of Pennsylvania.

June 4, 1998.

As Amended June 9, 1998.

## *ORDER*

**PER CURIAM**

AND NOW, this 4th day of June, 1998, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Superior Court is **REVERSED** and the matter is **REMANDED** to the Court of Common Pleas of Fayette

1139

County consistent with this Court's opinion in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (Pa.1998), *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (Pa.1998) and *Shope v. Eagle,* 1998 WL 149458, —— Pa. ——, 710 A.2d 1104 (Pa.1998).